A. T. CONORD & BROS., INC., Respondent, v. " WILLIAM " H. COLLINS, the

Name "William" Being Fictitious, etc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.